# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **JASON LEE VAN DYKE,** | Civil Action No.: 2:17-cv-745 |
| *Plaintiff,* | |
| v. | |
| **MOCKINGBIRD PUBLISHING CO.** and **GERARD BELLO II,** | |
| *Defendants.* | |

## DEFENDANTS' SUPPLEMENT TO NOTICE OF REMOVAL

**TO THE HON. RODNEY GILSTRAP AND CLERK OF THE COURT:**

   **NOW COME DEFENDANTS** and file this supplement to their NOTICE OF REMOVAL adding *pro se* plaintiff Van Dyke's November 17, 2017 email to undersigned counsel as **Exhibit 11** showing the amount in controversy in this case is at least $10,000,000.00 (TEN MILLION DOLLARS) as further proof and argument the amount in controversy exceeds $75,000.00 pursuant to diversity jurisdiction.

Respectfully Submitted,
KALLINEN LAW PLLC

/s/ *Randall L. Kallinen*
Randall L. Kallinen
Member, U.S. Eastern District of Texas Bar
State Bar of Texas No.: 00790995
511 Broadway Street
Houston, Texas 77012
Telephone: 713.320.3785
FAX: 713.320.3785
Email: attorneykallinen@aol.com
Counsel for Mockingbird Publishing Co.
and Gerard Bello II

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the above and foregoing document on counsel for all other parties on this Sunday, the 19th day of November 2017, via the ECF System of the Court

Jason Lee Van Dyke, atty.
108 Durango Drive
Crossroads, Texas 76227        /s/ Randall L. Kallinen
                               Randall L. Kallinen