**From:** Jason Van Dyke <jason@vandykelawfirm.com>
**To:** Randall L. Kallinen <attorneykallinen@aol.com>
**Cc:** Alan Taggart <alan@aktlawfirm.com>
**Subject:** Leave to Amend
**Date:** Fri, Nov 17, 2017 2:59 pm

Mr. Kallinen:

I am writing to see if you are willing to agree to an order granting me leave to amend my Complaint as follows:

1. Damages will be changed from $60,000.00 to $10,000,000.00
2. The following parties will be added:
    a. Kenneth Paul White
    b. Jacob Asher Langton
    c. Talib Kweli Greene
    d. The Huffington Post
    e. Andy Campbell


Jason L. Van Dyke
Attorney & Counselor at Law
108 Durango Drive
Crossroads, TX 76227
P – (469) 964-5346
F – (972) 421-1830
E – [jason@vandykelawfirm.com](jason@vandykelawfirm.com)

Licensed in Texas, Colorado, Georgia, and the District of Columbia