**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| JASON LEE VAN DYKE | )( | Civil Action No. 2:17-cv-745 |
|    Plaintiff, | )( | |
| | )( | |
| vs. | )( | Hon. Rodney Gilstrap |
| | )( | |
| MOCKINGBIRD PUBLISHING CO. | )( | |
| and GERARD BELLO II | )( | Stipulation of Dismissal |
|    Defendants. | )( | |

## STIPULATION OF DISMISSAL

Plaintiff and defendants file this stipulation of dismissal under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

1. Plaintiff is Jason Lee Van Dyke. Defendants are Mockingbird Publishing Co. and Gerard Bello II.

2. On September 15, 2017, Plaintiff sued Defendants for libel per se.

3. The parties have agreed to a dismissal of the suit.

4. This case is not a class action under Fed. R. Civ. P. 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for dismissal of the case.

7. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

8. This dismissal is with prejudice.

| | |
|---|---|
| /s/ Randall L. Kallinen | /November 23, 2017 |
| Randall L. Kallinen | /Date |
| Kallinen Law PLLC | |
| 511 Broadway Street | |
| Houston, Texas 77012 | |
| Counsel for Defendants Mockingbird | |
| Publishing and Gerard Bello II | |

| | |
|---|---|
| /s/ Jason Lee Van Dyke | /November 23, 2017 |
| Jason L. Van Dyke | /Date |
| Tex. Bar No. 24057426 | |
| 108 Durango Drive | |
| Crossroads, TX 76227 | |

Respectfully submitted,

/s/ Jason Lee Van Dyke
Jason L. Van Dyke
Tex. Bar No. 24057426
108 Durango Drive
Crossroads, TX 76227
P – (469) 964-5346
F – (972) 421-1830
Email:  jason@vandykelawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served all counsel of record and pro se parties a copy of the foregoing by the ECF System of this court on November 23, 2017.

/s/ Jason Lee Van Dyke
Jason L. Van Dyke