# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **JASON LEE VAN DYKE** | )( | **Civil Action No. 2:17-cv-745** |
|     Plaintiff, | )( | |
| | )( | |
| vs. | )( | **Hon. Rodney Gilstrap** |
| | )( | |
| **MOCKINGBIRD PUBLISHING CO.** | )( | |
| **and GERARD BELLO II** | )( | **Order Dismissing Case** |
|     Defendants. | )( | |

## ORDER DISMISSING CASE

After considering the stipulation of dismissal filed by the parties in this case, it is hereby ordered that the above-captioned case is dismissed with prejudice.