**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **JASON LEE VAN DYKE** | )( | Civil Action No. 2:17-cv-745 |
| Plaintiff, | )( | |
| | )( | |
| vs. | )( | Hon. Rodney Gilstrap |
| | )( | |
| **MOCKINGBIRD PUBLISHING CO.** | )( | |
| **and GERARD BELLO II** | )( | Order Dismissing Case |
| Defendants. | )( | |

## ORDER DISMISSING CASE

After considering the stipulation of dismissal filed by the parties in this case, it is hereby ordered that the above-captioned case is dismissed with prejudice.

**SIGNED this 27th day of November, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE